IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00408-RPM

CAMPBELL-SEVEY, INC.,

    Plaintiff,

v.

PACIFIC ETHANOL, INC., and
PACIFIC ETHANOL IMPERIAL, LLC,

    Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation of Dismissal without Prejudice of Pacific Ethanol Imperial, LLC [14], filed on August 6, 2009, it is

ORDERED that plaintiff's complaint is dismissed without prejudice as to Defendant Pacific Ethanol Imperial, LLC, each party to bear their own attorneys' fees and costs.

Dated:  August 7th, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge